**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ARAMIS ANTONIO L.M.,

                Plaintiff,                22 **CIVIL** 1485 (GRJ)

      -v-                                 <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 23, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 18) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 22) is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
         August 24, 2023

                                                    **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**

                        **BY:**      *K. Mango*

                                                    _____
                                                    **Deputy Clerk**